RECEIVED
IN LAKE CHARLES, LA

MAY 22 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LONNIE B. SIMON, JR.<br>LA. DOC #490703 | CIVIL ACTION NO. 08-1153<br>SECTION P |
| VS. | JUDGE MINALDI |
| G.E.O. A.L.C. GROUP, INC., ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 21 day of May, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE